IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES L. STEPHENS,<br><br>               Plaintiff<br>     VS.<br><br>STANLEY WILLIAMS, *et al.*,<br><br>               Defendants | NO. 5:07-CV-147 (WDO)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## RECOMMENDATION OF DISMISSAL

On December 12, 2007, the undersigned issued an ORDER directing plaintiff JAMES L. STEPHENS to show cause why his case should not be dismissed for his failure to comply with a court order and keep the court apprised of any change in his address. Tab #12. That order was mailed to plaintiff Stephens at the last address he provided the court and returned to the court as "undeliverable" on December 19, 2007. Tab #13. Accordingly, IT IS RECOMMENDED that the defendants' MOTION TO DISMISS (Tab #11) be **GRANTED** and that this proceeding be **DISMISSED** *with prejudice*.[1]

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof. The Clerk is directed to forward this Recommendation to the **LAST ADDRESS** provided by plaintiff STEPHENS.

SO RECOMMENDED this 2nd day of JANUARY, 2008.



                                                            CLAUDE W. HICKS, JR.
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the defendants avers that plaintiff was released from state custody in August of 2007. Plaintiff has never advised the court of a change of address as he is required to do.